Mr. Frederick Jackson
REG# 53891-004
Federal Prison Camp
P.O. Box 1000
Loretto, Pennsylvania  15940


Office Of
Clerk Of The Courts
United States District Court
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA  17108

FILED
HARRISBURG, PA
NOV 0 8 2004
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

RE:  CHANGE OF ADDRESS
     Case No. 04-665  (Arising Out Of  1:00-CR-00234-YK-ALL)


Dear Clerk Of The Courts:

    It is my duty to inform Your Honorable Court of any new changes that are needed. Please be advised that I have been relocated to a different institution. I have been transferred to FPC Loretto which is in the state of Pennsylvania. My new address is listed above for the correct mailings of any new information concerning my case.

    Please send me an acknowledgment letter that Your Honorable Court has receive my new mailing address. Thank you for your time in this matter. I will anxiously be waiting for your response.


                                            Sincerely,

                                            Frederick Jackson
                                            Frederick Jackson

                                            10-29-04



Mr. Frederick Jackson
Reg#53891-004
Federal Prison Camp
P.O. Box 1000
Loretto, Pennsylvania 15940

Office Of The Clerk Of The Courts
United States District Court
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

7004 1160 0007 1714 3901