IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG

FILED
HARRISBURG, PA

NOV 15 2004

FREDERICK JACKSON,
   Petitioner,

-V-           Criminal Docket Case# 1:00-CR-00234-YK-ALL

UNITED STATES OF AMERICA,
   Respondent,

### MOTION TO COMPEL

  NOW INTO COURT, Comes Frederick Jackson, the petitioner, appearing through Pro-Se representation and respectfully moves this Honorable Court to compel the United States Government to properly respond to Mr. Jackson pending motions in this Honorable Court.

  This is a Pro-Se motion and such is to be held to less stringent standards than those drafted by an attorney. **HAINES V. KERNER,** 30 L. Ed. 2d. 652 (1972): The allegations in a Pro-Se motion must be taken as true and construe in favor of the defendant. **CRUZ V. BETO,** 31 L. Ed. 2d. 263 (1972).

  In Support Thereof, The Petitioner States As Follows:

## FACTUAL ALLEGATIONS AND PRIOR PROCEEDINGS

On March 29, 2004, Mr. Jackson's motion Pursuant to 28 U.S.C. § 2255 was filed in this Honorable Court. On April 26, 2004, Mr. Jackson filed his Memorandum Brief In Support Of His Motion Pursuant To 28 U.S.C. § 2255, thus amending his initial Motion. On April 30, 2004, this Honorable Court granted Jackson's motion to amend and ordered the Honorable Clerk Of Courts to docket the amended § 2255 motion and to attach Jackson's brief in support of his motion to amend appropriately.

On July 15, 2004, Mr. Jackson filed another motion to amend his § 2255 motion and a brief in support of the motion. The Amended motion revolved around the recent Supreme Court Ruling in **BLAKELY.** On August 31, 2003, Mr. Jackson filed his proposed amended petition. This Motion To Compel follows.

## ISSUE

Mr. Jackson's initial 2255 motion was filed on March 29, 2004, since then the United States Government has yet to answer any of Mr. Jackson's allegations made on his Motion Pursuant to 28 U.S.C. 2255. Pursuant to the Rules Governing 2255 Proceedings, specifically Rule 4(b), Mr. Jackson respectfully moves this Honorable Court to issue an order to the United States Government to respond to Mr. Jackson's allegations on his motions pending in this Honorable Court otherwise the Doctrine Of Waiver will apply and the Government will forfeit there opportunity to challenge any of Mr. Jacksons allegations in the future.

WHEREFORE, Mr. Jackson Prays that this Honorable Court grant him the relief requested and any other relief this Honorable Court may deem proper.

Respectfully Submitted

*Frederick Jackson*

Frederick Jackson   Pro-Se
REG# 53891-004
Loretto Federal Prison Camp
P.O. Box 1000
Loretto, Pennsylvania   15940

Executed On This  6 th Day Of   Nov.   2004.

CERTIFICATE OF SERVICE

I, Frederick Jackson, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION TO COMPEL, in the Loretto Federal Prison Camp's Legal Mail System with First Class postage to insure its proper delivery to:

Mr. Eric Pfisterer
U.S. Attorney's Office
U.S. District Court
Middle District Of Pennsylvania
Harrisburg, Pennsylvania   17108-0805

Executed On This  6 th Day Of   Nov.   2004.

*Frederick Jackson*

Frederick Jackson

Mr. Frederick Jackson
Reg#53891-004
Federal Prison Camp
P.O. Box 1000
Loretto, Pennsylvania 15940

7004 1160 0007 1714 3918

CERTIFIED MAIL

Office Of The Clerk Of The Courts
United States District Court
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

LORETTO, PA 15940
NOV 8 2004

