# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-00-234-01 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FREDERICK JACKSON,** | : | |
| Petitioner | : | |

## ORDER

Presently before the Court is Petitioner's motion to compel the Government to respond to Petitioner's motion to vacate, set aside or correct sentence. (Doc. No. 70.) On November 2, 2004, the Court ordered the Government to respond to Petitioner's amended motion to vacate, set aside or correct sentence. (Doc. No. 67.) The Government filed a response on November 10, 2004. (Doc. No. 69.) Therefore, Petitioner's instant motion **IS HEREBY DENIED** as moot.

    S/ Yvette Kane
Yvette Kane
United States District Judge

Date: November 18, 2004