ORIGINAL

```
                                                        FILED
                                                   HARRISBURG, PA
        IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF PENNSYLVANIA           DEC 0 1 2004
                    HARRISBURG
                                                 MARY E. D'ANDREA, CLERK
FREDERICK JACKSON,                               Per_____
         Petitioner,                                    Deputy Clerk

-V-                          Criminal Docket Case# 1:00-CR-00234-01

                                                    J. Kane
UNTIED STATES OF AMERICA,
         Respondent,
```

. . . . . . . . . . . . . . . . . . . . . . . . . . .

### MOTION FOR EXTENTION OF TIME
### AND
### APPOINTMENT OF LEGAL COUNSEL

   NOW INTO COURT, Comes Frederick Jackson, the petitioner, appearing through Pro-Se representation and respectfully prays this Honorable Court for an extention to file objections. The Petitioner also ask the Honorable Court for a Court Appointed Attorney for representation in this matter.

   This is a Pro-Se Motion and such is to be held to less stringent standards than those drafted by an Attorney. **HAINES V. KERNER,** 30 L. Ed. 2d. 652 (1972): The allegations in a Pro-Se Motion must be taken as true and construe in favor of the defendant. **CRUZ V. BETO,** 31 L. Ed. 2d. 263 (1972).

   In Support Thereof, The Petitioner States As Follows:

## FACTUAL ALLEGATIONS AND PRIOR PROCEEDING

On March 29, 2004, Mr. Jackson's motion Pursuant to 28 U.S.C. & 2255 was filed in this Honorable Court. On April 26, 2004, Mr. Jackson filed his Memorandum Brief In Support Of His Motion Pursuant To 28 U.S.C. & 2255, thus amending his initial Motion. On April 30, 2004 this Honorable Court granted Jackson's motion to amend and ordered the Honorable Clerk Of Courts to docket the amended & 2255 motion and to attach Jackson's brief in support of his motion to amend appropriately.

On July 15, 2004, Mr. Jackson filed another motion to amend his & 2255 motion and a brief in support of the motion. The Amended motion revolved around the recent Supreme Court Ruling in BLAKELY. On August 31, 2003, Mr. Jackson filed his proposed amended petition. On November 2, 2004, The Honorable Court Ordered That The United States Attorney answer The Motion within 20 days. The United States Attorney filed his response to the motion on November 10, 2004. Mr. Jackson recieved The United States Attorney's response to the motion on November 16, 2004, at Lorretto Federal Prison Camp.

## ISSUE

Mr. Jackson wishes to tranverse the motion filed by the United States Attorney. However, Mr. Jackson will require an extention to file his objections. Futhermore Mr. Jackson will also request the Honorable Court to be represented by a Court appointed Attorney in this matter.

Respectfully Submitted,

*Frederick Jackson* (signature)
FREDERICK JACKSON
53891-004

## CERTIFICATE OF SERVICE

I, Frederick Jackson, hereby certify under the penalty of perjury that on the date given below, I deposited a true and correct copy of my MOTION FOR EXTENTION OF TIME, AND APPOINTMENT OF LEGAL COUNSEL, in the Loretto Federal Prison Camp's Legal Mail System with First Class postage to insure its proper delivery.

Executed on This 24th Day of Nov. 2004.

*Frederick Jack*
FREDERICK JACKSON