IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-00-234-01 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FREDERICK JACKSON,** | : | |
| Movant | : | |

## ORDER

**AND NOW** this 7th day of December, 2004, upon consideration of Movant's Motion for Extension of Time and Appointment of Counsel (Doc. No. 72), **IT IS HEREBY ORDERED THAT**:

1. Movant's Motion for Extension of Time is **GRANTED**. Movant may file objections on or before January 3, 2005.

2. Movant's Motion for Appointment of Counsel is **DENIED**.


    S/ Yvette Kane
Yvette Kane
United States District Judge