IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-00-234-01 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FREDERICK JACKSON,** | : | |
| Movant | : | |

### ORDER

**AND NOW** this 23rd day of December, 2004, upon consideration of Movant's Motion for Extension of Time (Doc. No. 74), **IT IS HEREBY ORDERED THAT**:

Movant's Motion for Extension of Time is **GRANTED**. Movant may file objections on or before February 11, 2005.

   S/ Yvette Kane
Yvette Kane
United States District Judge